# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN N. SKUPIEN & KIMBERLY K. SKUPIEN
312 HOLLISTER AVE.
ROCKFORD, IL  61108

Case Number: 04-70086

SSN-xxx-xx-2462 & xxx-xx-5945

| | |
|---|---|
| Case filed on: | 1/8/2004 |
| Plan Confirmed on: | 4/9/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $40,025.00

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| | | | | | |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | | | | | |
| 203 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 209 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | STEVEN N. SKUPIEN | 0.00 | 0.00 | 47.79 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 47.79 | 0.00 |
| | | | | | |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 3,191.91 | 1,227.06 |
| 002 | AMERICAN GENERAL FINANCE | 4,700.00 | 4,700.00 | 4,700.00 | 818.86 |
| 003 | NATIONAL CITY MORTGAGE | 11,839.59 | 8,270.57 | 8,270.57 | 0.00 |
| | Total Secured | 16,539.59 | 12,970.57 | 16,162.48 | 2,045.92 |
| | | | | | |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 4,365.05 | 530.82 | 530.82 | 0.00 |
| 004 | ADVANCE AMERICA | 1,465.00 | 1,465.00 | 1,465.00 | 0.00 |
| 005 | AMITY DAYCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 983.83 | 983.83 | 983.83 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | B-LINE LLC | 1,637.44 | 1,637.44 | 1,637.44 | 0.00 |
| 009 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 803.12 | 803.12 | 803.12 | 0.00 |
| 011 | MERRICK BANK | 2,074.56 | 2,074.56 | 2,074.56 | 0.00 |
| 012 | MONOGRAM CREDIT CARD BANK GEORGIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 7,844.36 | 7,844.36 | 7,844.36 | 0.00 |
| 014 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 236.41 | 236.41 | 236.41 | 0.00 |
| 018 | CAPITAL ONE | 825.46 | 825.46 | 825.46 | 0.00 |
| 019 | CAPITAL ONE | 1,037.13 | 1,037.13 | 1,037.13 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 93.75 | 93.75 | 93.75 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 128.13 | 128.13 | 128.13 | 0.00 |
| | Total Unsecured | 21,494.24 | 17,660.01 | 17,660.01 | 0.00 |
| | | | | | |
| | Grand Total: | 39,397.83 | 31,994.58 | 35,234.28 | 2,045.92 |

Total Paid Claimant:     $37,280.20
Trustee Allowance:        $2,744.80
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  _/s/Heather M. Fagan_____